ANNA G. OELKERS et al., Appellants, v. CARL HULSEBERG et al., Respondents. —

No opinion. Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ., concur. [200 Misc. 352.]